[No. 35675-5-I.   Division One.   March 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY
DION RED, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-04016-9, Carmen Otero, J., entered
November 7, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 35778-6-I.   Division One.   March 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
C. COPELAND, *Appellant*.

Appeal from a judgment of the Superior Court for Skag-
it County, No. 94-1-00176-0, George McIntosh, J., entered
December 16, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 36009-4-I.   Division One.   March 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYLON
PEARSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-04518-2, Mary Wicks Brucker, J., entered
January 24, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 36138-4-I.   Division One.   March 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
TOZER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-8-06508-6, Stephen Gaddis, J. Pro Tem.,
entered February 8, 1995. *Affirmed* by unpublished per
curiam opinion.